```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NAVIGATORS MANAGEMENT COMPANY                07 CV 6509 (LLS)
as Subrogee of ETTRS INTERNATIONAL,

                    Plaintiffs,             RULE 7.1 STATEMENT

        -against-

M/V EASLINE TIANJIN, her engines,
boilers, etc., WESTWOOD SHIPPING
LINES and PU HARMONY PTE. LTD.,

                    Defendants.
-------------------------------------X
```

Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendant, WESTWOOD SHIPPING LINES, certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of WESTWOOD SHIPPING LINES.

Dated:   New York, N.Y.
         September 27, 2007

_____
EDWARD A. KEANE (EK 1398)