ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
NAVIGATORS MANAGEMENT COMPANY, as
Subrogee of ETTERS INTERNATIONAL,

                    Plaintiff,              07 Civ. 6509 (LLS)

          - against -                            ORDER


M/V EASLINE TIANJIN, her engines,
boilers, etc., WESTWOOD SHIPPING
LINES and PU HARMONY PTE LTD.,

                    Defendants.
- - - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order any party may apply by letter for restoration of the action to the court's calendar.

Dated: New York, New York
       October 18, 2007

                                        _____
                                        LOUIS L. STANTON
                                            U. S. D. J.